

# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2016

No. 04-16-00398-CR

Susan I. **ANDERSON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR0841
Honorable Melisa Skinner, Judge Presiding

# O R D E R

A trial court's certification of defendant's right of appeal has been filed in this appeal. The trial court judge has certified that in this criminal case the trial court amended the defendant's conditions of probation and "the defendant has NO right of appeal." Therefore, we ORDER the trial court clerk to file an electronic clerk's record within TEN DAYS from the date of this order containing the following documents:

1.  all pre-trial orders and the related pre-trial motions;

2.  all motions and orders pertaining to the trial court's order amending the conditions of probation;

3.  the Judgment;

4.  all post-judgment motions and orders;

5.  the Notice of Appeal;

6.  the Trial Court's Certification of Defendant's Right of Appeal; and

7.  the Criminal Docket Sheet.

We DIRECT the clerk of this court to send a copy of this order to the attorneys of record, the trial court clerk, and the court reporter(s) responsible for preparing the reporter's record in this appeal.

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court